MARGARET COBY, Respondent, *v.* FRANK IBERT, Appellant.

(Submitted January 29, 1894; decided February 27, 1894.)

APPEAL from order of the General Term of the City Court of Brooklyn, made November 29, 1893, which affirmed an order of Special Term denying a motion to strike out an amended complaint.

*Moffett & Kramer* for appellant.

*H. G. Lansing* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

_____

MELVIN STEPHENS, Respondent, *v.* ROBERT LEWIS HUMPHRYES et al., Appellants.

(Submitted January 29, 1894; decided February 27, 1894.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made November 17, 1893, which affirmed an order of Special Term granting a motion by plaintiff overruling objections of purchaser at foreclosure sale and directing him to complete sale.

*Dennis McMahon* for appellants.

*Albridge C. Smith* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.